DOCUMENT IS NOT IN PROPER FORM ACCORDING
FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCiv 7.1(b)(1)
(Rule Number/Section)

```
FILED       ___ LODGED
___ RECEIVED ___ COPY

    OCT 1 4 2005

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ J  DEPUTY
```

Anthony Mullan – State Bar No. 021561
**MULLAN & LABUDA P.C.**
3712 Highway 95, Suite 20
Bullhead City, Arizona 86442
(928)-704-8654
FAX: (928)-704-8658
Attorneys for Defendant Kimberly Miller

THIS DOCUMENT HAS NOT BEEN SUBMITTED ELECTRONICALLY AS REQUIRED BY THE DISTRICT OF ARIZONA'S ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Schreffler, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Metropolitan Life Insurance Company, a New York Corporation, and Kimberly Miller<br><br>Defendants<br><br>_____<br><br>Metropolitan Life Insurance Company, a New York Corporation, and Kimberly Miller<br><br>Plaintiff,<br><br>vs.<br><br>Kimberly L. Miller; Susan Schreffler,<br><br>Cross/Counter/Third Party Defendants | Case No.: CV-04-1561-PCT-SMM<br><br><br><br>**AFFIDAVIT IN SUPPORT OF SUMMARY JUDGMENT** |

Kimberly Miller upon her oath deposes and says that:

1. I am the defendant in the above captioned matter.
2. During the final months of Gerald Schreffler's life I cared for Mr. Schreffler and paid for almost all his bills and expenses
3. Approximately 4 months prior to his death, Gerald Schreffler left his job with Flamingo Laughlin

1

4. I, as a gift to Gerald Schreffler, paid the premiums on his term life insurance policy for the month in which he passed away.

Dated: 10-13-05

_Kimberly L Miller_
Kimberly Miller

Subscribed and sworn before me this 13th day of October 2005, by Kimberly Miller

"OFFICIAL SEAL"
Tracy Stanfield
Arizona
...

_Notary Public_

2