Exhibit " 1 "

**ParkPlace ENTERTAINMENT**

Enrollment/Change Form - Laughlin
*Please print legibly in ink.*

Effective Date: 4/1/03
Property Name: [illegible]

### Reason for Coverage Election
( ) Open Enrollment   ( ) Newly Eligible   (X) Family Status Change   (X) Other: Re-[illegible]

### Employee Information

Name (First, MI, Last): GAROLD LEE SCHEFFLER
Social Security Number: 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
Date of Birth: 06-08-51
Gender (M/F): MALE

Employee ID: 4151
Address (Street): 1315 TAIL PUEO
City: BULLHEAD CITY
State: AZ
Zip: 86442

Home Phone: NONE
Work Phone: (928) 754-7777
Hire Date: FEB 15th 2001

### Coverage Level / Medical & Prescription Drug Plan

I elect and authorize deductions from my pay for the following coverage level for the Medical/Prescription Drug, Vision and Dental Plan elections I have made here:

( ) Employee Only
(X) Employee + Spouse
( ) Employee + Child(ren)
( ) Family

Medical Plan (select one):
(X) HPN HMO – Select your (the employee) Primary Care Physician (PCP)* from the provider directory and provide their Name and PCP Number: GORDON J CURNIER MD 0704-0001
( ) First Health or CBCA EPO – Select Medical Carrier: ( ) First Health ( ) CBCA
( ) Sierra/HPN POS – Select your (the employee) Primary Care Physician (PCP)* from the provider directory and provide their Name and PCP Number: _____
( ) First Health or CBCA PPO – Select Medical Carrier: ( ) First Health ( ) CBCA
( ) I waive Medical coverage

*Provide your dependent PCP selection below, under the Dependent Information section of this form.*

### Vision Plan & Dental Plan

Vision Plan (select one):
( ) Vision Plan – no extra cost
(X) Vision PLUS Plan

Dental Plan (select one):
( ) $1,500 Dental Plan
( ) $1,500 + Ortho Dental Plan
(X) $2,000 Dental Plan
( ) $2,000 + Ortho Dental Plan
( ) I waive Dental coverage

### Dependent Information

| Dependent | Name (First, MI, Last) | SSN | Gender | Birth Date | Other Med. Coverage? | Change Type | PCP Name/Number (If selecting the HMO or POS) |
|---|---|---|---|---|---|---|---|
| Spouse | SUSAN MARIE SCHEFFLER | 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 | Female | 11/1/64 | ( )Yes (X)No | (X)Add ( )Change ( )Drop | [illegible] CENTER ALVAREZ, JOSE 082-0001 |
| Child 1 | N/A | | | | ( )Yes ( )No | ( )Add ( )Change ( )Drop | |
| Child 2 | | | | | ( )Yes ( )No | ( )Add ( )Change ( )Drop | |
| Child 3 | | | | | ( )Yes ( )No | ( )Add ( )Change ( )Drop | |

( ) Check here if you have additional dependents and please include their information on a separate piece of paper.

### Disability Insurance (Evidence of Good Health may be required)

Basic Disability coverage is provided at no extra cost:
(X) Basic Short-Term and Long-Term Disability

(X) I elect and authorize deductions from my pay for Supplemental Long-Term Disability Insurance (provides an additional 10% of coverage – for a total benefit amount of 60% of pay)
( ) I waive Supplemental Long-Term Disability coverage

### Life and AD&D Insurance (Evidence of Good Health may be required)

Basic Life and AD&D coverages are provided at no extra cost:
(X) Basic Life and AD&D

I elect and authorize deductions from my pay for Supplemental Life Insurance for the following coverage amount:
( )1.5x ( )3x ( )4.5x (X)6x your annual salary   ( ) I waive Supplemental Life coverage   $400,000

I elect and authorize deductions from my pay for Supplemental AD&D Insurance for the following coverage amount:
( )1.5x ( )3x ( )4.5x (X)6x your annual salary   ( ) I waive Supplemental AD&D coverage   $400,000

I elect and authorize deductions from my pay for Dependent Life Insurance for the following coverage amount: $100,000
(X) Spouse: $10,000 and Child(ren) $5,000 → Spouse's Date of Birth* (month/day/year): 11/29/12
( ) I waive Dependent Life coverage   *Spouse's coverage terminates at age 70

### Beneficiary Designation for Basic and Supplemental Life and AD&D Coverage

Primary Beneficiary:
Name: SUSAN SCHEFFLER %100 Age: 40 Relationship: WIFE
Name: ___ % ___ Age: ___ Relationship: ___

Secondary Beneficiary:
Name: NONE % ___ Age: ___ Relationship: ___
Name: NONE % ___ Age: ___ Relationship: ___

Total % must = 100%

( ) Check here if you have additional beneficiaries and please include their information on a separate piece of paper.

### Authorization

I have received and read the materials explaining the ParkPlace Entertainment (PPE) LifeStrides Benefits Program. I authorize PPE to make any payroll deductions associated with these elections. I understand by signing and submitting this form, I am making an election concerning my benefits for, but not necessarily limited to, the plan year. This election is binding, subject to my rights to make changes according to the provisions of the plan and subject to the state and federal law requirements. This enrollment form is not an employment agreement. The information above is true and correct to the best of my knowledge.

Signature: Garold Lee Scheffler   Date: 03-24-03

METLIFE
MAR 15 2004
GLI-U-5

For Office Use Only: Effective Date of Coverage: ___ Branch Number: ___ Group Number: ___

Exhibit "2"

activity affecting commerce. (29 U.S.C. §§1001, 1003). The scope of ERISA specifically covers any plan, fund or program maintained by an employer for the purpose of providing for its participants or their beneficiaries specific benefits, including death benefits, through the purchase of insurance (29 U.S.C. §1002(1)(a)). Because the life insurance plan was purchased by Mr. Schreffler through his employment with Caesar's Entertainment qualifies as an employee welfare benefit plan, it is regulated by ERISA. (S.O.F. 3).

Under ERISA, the rules governing administration of an employee benefit plan state that every qualifying plan "shall be established and maintained pursuant to a written instrument. Such instrument shall provide for one or more named fiduciaries who jointly or severally shall have authority to control and manage the operation and administration of the plan." 29 U.S.C 1102(a)(1). In addition, ERISA states that a fiduciary shall discharge his duties with respect to a plan solely in the interest of the *participants* and *beneficiaries* and/or the exclusive purpose of providing benefits to *participants* and their *beneficiaries*... 29 U.S.C. 1104 (a)(1)(A)(i). A "participant" is defined in 29 U.S.C. §1002(7) ERISA as an <u>employee</u> who may receive benefits through the plan, either personally or through their designated beneficiary. Within the same section, the term "beneficiary" is defined as a <u>person designated by a participant</u>, or by the terms of an employee benefit plan, who is or may become entitled to a benefit thereunder. 29 U.S.C. 1002(8).

Subsequently in this case, Metropolitan Life, as fiduciary under the plan, is directed to discharge their duties in the in accordance with the interests of the participant and beneficiary of the plan. (S.O.F. 4). In this case, it is undisputed that The Plan provides that the Plan Benefits are payable to the beneficiary of record, who is the person named by the participant on a proper form approved by the insurer and filed with the records maintained by the employer. (S.O.F. 5) Furthermore, it is acknowledged by all parties that on August 7, 2003, the "participant" signed an Enrollment/Change Form, designating

3

# ParkPlace ENTERTAINMENT

**Enrollment/Change Form - Laughlin**

*Please print legibly in ink*

Effective Date _____
Property Name _____

## Reason for Coverage Elections

( ) Open Enrollment   ( ) Newly Eligible   ( ) Family Status Change   (X) Other _____

## Employee Information

| Name (First, MI, Last) | Social Security Number | Date of Birth | Gender (M/F) |
|---|---|---|---|

| Employee ID | Address (Street) | (City) | (State) | (Zip) |
|---|---|---|---|---|

| Home Phone | Work Phone | Hire Date |
|---|---|---|

## Coverage Level | Medical / Prescription Drug Plan

I elect and authorize deductions from my pay for the following coverage level for the Medical, Prescription Drug, Vision and Dental Plan elections I have made here:

( ) Employee Only
( ) Employee + Spouse
( ) Employee + Children
( ) Family

**Medical Plan** *(select one)*

( ) HPN HMO – Select your (the employee) Primary Care Physician (PCP)* from the provider directory and provide their Name and PCP Number _____

( ) First Health or CBCA EPO – Select Medical Carrier: ( ) First Health ( ) CBCA

( ) Sierra/HPN POS – Select your (the employee) Primary Care Physician (PCP)* from the provider directory and provide their Name and PCP Number _____

( ) First Health or CBCA PPO – Select Medical Carrier: ( ) First Health ( ) CBCA

( ) I waive Medical coverage

* *Provide your dependent PCP selection below, under the Dependent Information section of this form*

### Vision Plan (not available when waiving Medical coverage)

Vision Plan *(select one)*:
( ) Vision Plan – no extra cost
( ) Vision PLUS Plan

### Dental Plan (not available when waiving Medical coverage)

Dental Plan *(select one)*:
( ) $1,500 Dental Plan         ( ) $2,000 Dental Plan
( ) $1,500 + Ortho Dental Plan ( ) $2,000 + Ortho Dental Plan
                               ( ) I waive Dental coverage

## Dependent Information (refer to your Enrollment Guide for eligibility requirements)

| Dependent | Name (First, MI, Last) | SSN | Gender | Birth Date | Other Med. Coverage? | Change Type | PCP Name/Number *If selecting the HMO or POS* |
|---|---|---|---|---|---|---|---|
| Spouse  |  |  |  |  | ( ) Yes ( ) No | ( ) Add ( ) Change ( ) Drop |  |
| Child 1 |  |  |  |  | ( ) Yes ( ) No | ( ) Add ( ) Change ( ) Drop |  |
| Child 2 |  |  |  |  | ( ) Yes ( ) No | ( ) Add ( ) Change ( ) Drop |  |
| Child 3 |  |  |  |  | ( ) Yes ( ) No | ( ) Add ( ) Change ( ) Drop |  |

( ) Check here if you have additional dependents and please include their information on a separate piece of paper

## Disability Insurance (Evidence of Good Health may be required)

Basic Disability coverage is provided at no extra cost
(X) Basic Short-Term and Long-Term Disability

( ) I elect and authorize deductions from my pay for Supplemental Long-Term Disability Insurance (provides an additional 10% of coverage – for a total benefit amount of 60% of pay)
( ) I waive Supplemental Long-Term Disability coverage

## Life and AD&D Insurance (Evidence of Good Health may be required)

Basic Life and AD&D coverages are provided at no extra cost
(X) Basic Life and AD&D

I elect and authorize deductions from my pay for **Supplemental Life Insurance** for the following coverage amount
( ) 1.5x  ( ) 3x  ( ) 4.5x  ( ) 6x   your annual salary   ( ) I waive Supplemental Life coverage

I elect and authorize deductions from my pay for **Supplemental AD&D Insurance** for the following coverage amount
( ) 1.5x  ( ) 3x  ( ) 4.5x  ( ) 6x   your annual salary   ( ) I waive Supplemental AD&D coverage

I elect and authorize deductions from my pay for **Dependent Life Insurance** for the following coverage amount
( ) Spouse: $10,000 and Child(ren) $5,000 → Spouse's Date of Birth* (month/day/year): _____
( ) I waive Dependent Life coverage          **Spouse's coverage terminates at age 70*

## Beneficiary Designation for Basic and Supplemental Life and AD&D Coverage

| Primary Beneficiary | Name _____ % _____ Age _____ Relationship _____ |
|---|---|
|  | Name _____ % _____ Age _____ Relationship _____ |
| Secondary Beneficiary | Name _____ % _____ Age _____ Relationship _____ |
|  | Name _____ % _____ Age _____ Relationship _____ |

Total % must = 100%

( ) Check here if you have additional beneficiaries and please include their information on a separate piece of paper

## Authorization

I have received and read the materials explaining the ParkPlace Entertainment (PPE) *LifeStrides* Benefits Program. I authorize PPE to make any payroll deductions associated with these elections. I understand by signing and submitting this form, I am making an election concerning my benefits for, but not necessarily limited to, the plan year. This election is binding, subject to my rights to make changes according to the provisions of the plan and subject to the state and federal law requirements. This enrollment form is not an employment agreement. The information above is true and correct to the best of my knowledge.

Signature _____   Date _____

| For Office Use Only | Effective Date of Coverage | Branch Number | Control Number |
|---|---|---|---|

White – Employer copy          Canary – Employer/Carrier          Pink – Employee Copy

Laughlin – 5,000 1/03

EXHIBIT "3"

Metropolitan Life Insurance   ..npany

**MetLife**

MetLife
Group Life Claims
PO Box 3016
Utica, NY 13504

June 4, 2004

Lindsay M. Garland, Esq.
Hickey & Associates
1528 Wazee Street, Suite 200
Denver, CO 80202-1312

Re:   Plan Participant:        Gerald Schreffler (decedent)
      Plan and No.:             Park Place Entertainment Corp./100894
      Amount:                   $25,000 (basic) & $50,000 (optional)
      Ms. Garland's Client:     Mrs. Susan Schreffler

Dear Ms. Garland:

We have evaluated your client's claim for the referenced Plan benefits. For the reasons detailed below, we must deny your client's claim as to one-half of the Plan benefits. Our decision as to the other one-half of the Plan benefits is addressed in another letter under separate cover.

The plan is regulated by the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. §§ 1001-1461, and MetLife, as claims fiduciary, must administer claims in accordance with ERISA and the documents and instruments governing the Plan. ERISA defines beneficiary as a "person designated by a participant, or by the terms of an employee benefit plan, who is or may become entitled to a benefit thereunder." 29 U.S.C. § 1002(8). The Summary Plan Description ("SPD") defines beneficiary at page 27 as "the person or persons you choose to receive any benefit payable because of your death. You make the choice in writing on a form approved by us. This form must be filed with the records for This Plan. You may change the Beneficiary at any time by filing a new form with the Employer. You do not need the consent of the Beneficiary to make a change."

The latest designation on file, dated August 7, 2003, does not name your client. You contend in your March 9, 2004, letter that your client is entitled to the full amount of the Plan benefits under Arizona community property laws.

Under Arizona law "all property acquired by either husband or wife during the marriage is community property." Ariz. Rev. Stat. § 25-211 (2004). In situations where community property funds are used to purchase life insurance coverage and the insured spouse designates someone other than his/her spouse as the beneficiary, the Court in *Gaethje v. Gaethje*, 442 P.2d 870 (Ariz. Ct. App. 1968)(relying on *Gristy v. Hudgens*, 23 Ariz. 339, 203 P. 569 (Ariz. 1922)) held that, if the surviving spouse received an amount of property

equal to at least one-half of all community property, including the life insurance proceeds, the third party beneficiary of the life insurance coverage purchased with community funds would receive the proceeds. There is a constructive fraud to the extent the surviving spouse does not receive half of all the community and otherwise jointly acquired property including the insurance proceeds. *See also In re Estate of Agans,* 196 Ariz. 367, 998 P.2d 449 (Ariz. Ct. App. 1999); *In re Estate of Alarcon,* 149 Ariz. 336, 718 P.2d 989 (Ariz. 1986)(noting the rule set forth in *Gaethje*).

The SPD specifically states that consent is not required for a valid change of beneficiary. Additionally, the plan participant is not limited to naming only a spouse. Because your client would be entitled to no more than one-half of the Plan benefits under Arizona community property laws her claim is denied as to the other half.

You have the right to appeal this decision within sixty (60) days after the receipt of this letter. To do so, you must submit a written request for appeal to MetLife at the address above. Please include in your appeal letter the reason(s) you believe the claim was improperly denied as to one-half of the benefits, and submit any additional comments, documents, records or other information relating to your claim that you deem appropriate to enable MetLife to give your appeal proper consideration. Upon your written request, MetLife will provide you with a copy of the records and/or reports that are relevant to your claim.

MetLife will evaluate all the information and advise you of our decision within sixty (60) days after the receipt of your appeal. If there are special circumstances requiring additional time to complete the review, we may take up to an additional sixty (60) days, but only after notifying you of the special circumstances in writing. In the event your appeal is denied in whole or in part, you have the right to bring a civil action under section 502(a) of ERISA, 29 U.S.C. § 1132(a).

If you have any questions, you may contact MetLife by calling, 1-800-638-6420, ext. 6836.

Sincerely,

Mindy Kohsman-Francisco
Claim Approver
Group Life Claims
Team E