EXHIBIT "5"

# CERTIFICATION OF VITAL RECORDS

# STATE OF ARIZONA

ORIGINAL STATE COPY

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - OFFICE OF VITAL RECORDS
CERTIFICATE OF DEATH

DEATH NO. D 102-

| Name of Deceased | A. First: GERALD | B. Middle: LEE | C. Last: SCHREFFLER | Sex: Male | Date of Death: October 13, 2003 |

Race: White
Was decedent of Hispanic origin: No
Was deceased ever in U.S. Armed Forces: No

Place of Death — County: Mohave | Town or City: Bullhead City | Hospital or Institution: Western Arizona Regional Medical Center | In Patient

Date of Birth: June 8, 1951 | Age: 52 | Married | Surviving Spouse: Susan Ecele

State and City of Birth: Meadville, PA | Citizen of: U.S.A. | Social Security No.: 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 | Usual Occupation: Custodian | Kind of Business: Casino

Usual Residence — State: Arizona | County: Mohave | Town or City: Mohave Valley | Zip Code: 86440 | How Long in Arizona: 20 Years | Education: 12

Street Address: 10200 Happy Valley Rd. | Inside City Limits: No | On Reservation: No | Previous State of Residence: California

Father's Name: Merle Denzel Schreffler
Mother's Maiden Name: Glaydce Blanche Boyles

Informant's Signature: Catherine Robbins | Relationship: Public/Fiduciary | Address: 2301 Harrison St. Kingman, AZ 86401

Burial | Date: 03-13-2004 | Cemetery: Desert Lawn Memorial Gardens, Mohave Valley, AZ 86440 | Embalmer's Signature: Not Embalmed

Funeral Home: Desert Lawn Funeral Home, 9250 S. Ranchero Lane, Mohave Valley, AZ 86440 | Cert. No. 394A

Date Signed: 3/2/2004 | Hour of Death: 5:35 AM

Certifier: M.S. Ghani, M.D. 2755 Silver Creek Road, Bullhead City, AZ
Authorized for Cremation: No

Date Registered: 3-2-04 | Reg. File No.: 405 | Registrar's Signature: Sharon ___ Deputy | Reg. District: 0853

Immediate Cause: [handwritten] Cardio pulmonary arrest — 1 minute
Due to: Metastatic Esophageal adenocarcinoma — 3 1/2 mo
Due to: Metastases to liver, lung & bone — 3 1/2 mo

Autopsy: No | Was case referred to Medical Examiner: No

Manner of Death: Natural Causes



CERTIFIED COPY OF VITAL RECORDS

STATE OF ARIZONA
COUNTY OF MOHAVE } ss   DATE ISSUED: MAR 16 2004   Patty Mead

PATTY MEAD
MOHAVE COUNTY REGISTRAR
MOHAVE COUNTY DEPARTMENT OF PUBLIC HEALTH

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF HEALTH SERVICES, PHOENIX, ARIZONA issued under the authority of A.R.S. 36-341, and by direction of:

This copy not valid unless prepared on engraved border displaying county seal in color and raised seal of issuing agency.

136831

EXHIBIT "6"

**Check 4702**

ROBERT S MILLER
KIMBERLY L MILLER
10200 HAPPY VALLEY RD
MOHAVE VALLEY, AZ 86440-9674

90-7162/3222

Date: 9-24-03

Pay to the order of: Flamingo Laughlin — $98.90

Ninety Eight Dollars & 90/100

Washington Mutual
Washington Mutual Bank, FA
Needles Financial Center 916
1019 Broadway
Needles, CA 92363
1-800-788-7000
24 Hour Customer Service

Memo: Gerald Schreffler / SEPT INS.

Signed: Kimberly L. Miller

⑇322271627⑇ 9160027590⑇ 4702   00000098 90

---

**Check 4640**

ROBERT S MILLER
KIMBERLY L MILLER
10200 HAPPY VALLEY RD
MOHAVE VALLEY, AZ 86440-9674

90-7162/3222

Date: 8-7-03

Pay to the order of: Flamingo Laughlin — $167.80

One Hundred Sixty Seven Dollars & 80/100

Washington Mutual
Washington Mutual Bank, FA
Needles Financial Center 916
1019 Broadway
Needles, CA 92363
1-800-788-7000
24 Hour Customer Service

Memo: emp #8151  Gerald Schreffler INS.

Signed: Kimberly L. Miller

⑇322271627⑇ 9160027590⑇ 4640   00000167 80

---

**Check 4708**

ROBERT S MILLER
KIMBERLY L MILLER
10200 HAPPY VALLEY RD
MOHAVE VALLEY, AZ 86440-9674

90-7162/3222

Date: 10-16-03

Pay to the order of: Flamingo Laughlin — $98.90

Ninety Eight Dollars & 90/100

Washington Mutual
Washington Mutual Bank, FA
Needles Financial Center 916
1019 Broadway
Needles, CA 92363
1-800-788-7000
24 Hour Customer Service

Memo: Oct. 03 MED. INS.  Gerald Schreffler

Signed: Kimberly L. Miller

⑇322271627⑇ 9160027590⑇ 4708   00000098 90

